```
                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW HAMPSHIRE
```

United States of America

    v.                                    Case No. 08-cr-91-PB

Jonathan Chery


**O R D E R**

The defendant, through counsel, has moved to continue the trial scheduled for January 6, 2009, citing a suppression hearing scheduled for January 5, 2009, and the need for additional time to consider additional discovery and engage in plea negotiations. The government does not object to a continuance of the trial date.

Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from January 6, 2009 to March 3, 2009.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The court will hold a final pretrial conference on February 25, 2008 at 3:00 p.m.  No further continuances.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

December 29, 2008

cc:  Scott Gleason, Esq.
     Thomas Gleason, Esq.
     Robert Veiga, AUSA
     United States Probation
     United States Marshal